IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV,<br><br>　　Petitioner,<br><br>v.<br><br>JAMES H. PADGETT, *et al.*,<br><br>　　Respondents. | Civil Action No.:　　1:07-CV-00966-RJL<br><br>NASD Case No.: 04-05943 |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PETITIONER
TO FILE OPPOSITION TO MOTION TO INTERVENE**

　　Petitioner Joseph R. Karsner, IV ("Petitioner" or "Karsner"), by and through his undersigned attorneys and with the consent of the proposed intervenor, hereby moves for an extension of his deadline for filing an Opposition to the Maryland Securities Commissioner's Motion to Intervene and states as follows:

　　1.　　The Maryland Securities Commissioner (the "Maryland Commissioner") filed her Motion to Intervene on June 12, 2007.

　　2.　　Additional counsel for Karsner, Richard J. Magid, entered his appearance in this case today, June 25, 2007. A short extension, until Monday, July 2, 2007, for filing an Opposition to the Motion to Interevene is requested so that Mr. Magid has an opportunity to review the relevant pleadings and can respond to the arguments raised by the Maryland Commissioner in her Motion to Interevene.

　　3.　　Undersigned counsel contacted the Maryland Commissioner and was informed that she consented to the requested extension.

- 2 -

4.     No hearing has been scheduled on the Motion to Intervene and there is no trial date presently scheduled in this proceeding. Thus, granting the extension should not unduly delay the progression of this case.

WHEREFORE, Petitioner respectfully requests that this Court grant his Consent Motion for Extension of Time and extend Petitioner's time for opposing the Motion to Intervene until July 2, 2007.

Respectfully submitted,

_____/s/_____
Richard J. Magid
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, Maryland 21202

and

George S. Mahaffey, Jr.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202

*Attorneys for Petitioner,*
*Joseph R. Karsner, IV*

1742221

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25 day of June, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

> William B. Young, Jr., Esq.
> Colling, Gilbert, Wright, & Carter
> 2301 Maitland Center Parkway, Ste. 240
> Maitland, Florida 32751

                                                                                          _____
                                                                                          Richard J. Magid

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV,<br><br>    Petitioner,<br><br>v.<br><br>JAMES H. PADGETT, *et al.*,<br><br>    Respondents. | Civil Action No.:    1:07-CV-00966-RJL<br><br>NASD Case No.: 04-05943 |

**ORDER**

Having read and considered Petitioner's Consent Motion for Extension of Time to Oppose the Maryland Securities Commissioner's Motion to Intervene, it is this _____ day of June, 2007 hereby,

**ORDERED**, that the Motion for Extension of Time is **Granted** and Petitioner is given until Monday, July 2, 2007 to file his Opposition.

_____
Judge Richard J. Leon

*1742287*