## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV

    Petitioner,

v.

JAMES H. PADGETT

and

THE NATIONAL ASSOCIATION OF
SECURITIES DEALERS

    Respondents.

Civil Action No.: 1:07-CV-00966-RJL

## ENTRY OF APPEARANCE

Dear Clerk:

    Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority,

Inc. ("FINRA"), as additional counsel for the defendant, FINRA, in the above-captioned case. [1]

                             Respectfully submitted,

                             /s/_____
                             Betty G. Brooks, FL Bar No. 0611603
                             Associate General Counsel
                             Financial Industry Regulatory
                             Authority, Inc.
                             1735 K Street, N.W.
                             Washington, D.C. 20006
                             Telephone (202) 728-8288
                             Facsimile (202) 728-8894

---

[1] As of July 30, 2007, National Association of Securities Dealers, Inc. ("NASD") changed its name to Financial Industry Regulatory Authority, Inc. ("FINRA").

/s/
_____
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Facsimile (202) 728-8894

Attorneys for Defendant,
Financial Industry Regulatory
Authority, Inc.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 10th day of October, 2007, a copy of the foregoing

paper was filed with the Court's electronic case filing system and was mailed, via first-class

mail, postage prepaid, to:

Richard J. Magid
Whiteford, Taylor & Preston
7 Saint Paul Street
Baltimore, MD   21202

and

George S. Mahaffey
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD  21202

.                                        /s/
                                         Betty G. Brooks